NO. 07-03-0019-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JUNE 3, 2003

______________________________

IN THE INTEREST OF TRESTIN MARCEL CLAY, GREGORY

WAYNE INGRAM, III AND TEBRIA SIMONE INGRAM, CHILDREN

_________________________________

FROM THE 320
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 62,810-D; HONORABLE DON EMERSON, JUDGE

_______________________________

Before QUINN and CAMPBELL, JJ., and BOYD, S.J.
(footnote: 1)
 In this proceeding, appellant Terence Davis gave notice of appeal from an adverse judgment in the trial court.  However, since that time, nothing further has been done by appellant to obtain and file an appellate record and to pursue his appeal.  We have been notified by the district clerk that appellant has not paid, nor has he made arrangements to pay, for the clerk’s record.

Accordingly, on January 10, 2003, and on April 14, 2003, appellant was notified that without a record or a satisfactory explanation about the failure to furnish such a record, the appeal would be subject to dismissal for want of prosecution.  
See
 Tex. R. App. 37.3(b).

No such reply has been received.  Accordingly, this appeal must be, and is hereby, dismissed.  

John T. Boyd

Senior Justice

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon Supp. 2003).